UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAVO REAL WINES, LLC,
Plaintiff,

v.

COGNAC ONE LLC,
Defendant.

Case No. 16-cv-05488-VC

**ORDER OF DISMISSAL**

The Court has been advised by way of Notice of Settlement filed on December 28, 2016, that the parties have reached a settlement. Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: December 29, 2016

VINCE CHHABRIA
United States District Judge